UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-0160 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Antoine Marcell Fickas and Lizabeth Ann Skarja, | |
| Defendants. | |

Before the Court is Plaintiff United States of America's motion for an order dismissing the indictment in this matter. (Dkt. 83.) Pursuant to Rule 48(a), Fed. R. Crim. P., the United States's motion for dismissal is **GRANTED** and the indictment, (Dkt. 1), is **DISMISSED**.

Dated: May 13, 2022                               s/Wilhelmina M. Wright
                                                              Wilhelmina M. Wright
                                                              United States District Judge